**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02130-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

KIRK MCDONALD,

      Plaintiff,

v.

ZION'S FIRST NATIONAL BANK; N.A.,

      Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and Plaintiff's Ex Parte Motion for Show Cause Hearing Pursuant to

C.R.S. § 38-35-204, which is not signed.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __     is not submitted
(2)   __     is not on proper form (must use the court's current form)
(3)   __     is missing original signature by plaintiff/petitioner/applicant
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   __     affidavit is not notarized or is not properly notarized
(7)   __     names in caption do not match names in caption of complaint, petition or
             application

(8)     __     other _____

**Complaint or Petition**:
(9)     __     is not submitted
(10)   xx     is not on proper form (must use the court's current form)
(11)   xx     is missing an original signature by the plaintiff/petitioner/applicant
(12)   __     is incomplete
(13)   __     uses et al. instead of listing all parties in caption
(14)   __     names in caption do not match names in text
(15)   __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(16)   __     other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint

form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 14, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge