IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02130-LTB

KIRK MCDONALD,

    Plaintiff,

v.

ZIONS FIRST NATIONAL BANK N.A.,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 17, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 17 day of September, 2012.

                                FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk


                                By: s/L. Gianelli
                                    Deputy Clerk